UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Civil Action No. 16-20-HRW

MICHAEL VEST,                                                    PLAINTIFF,

v.                                      **ORDER**

CAROLYN W. COLVIN,
COMMISSIONER OF SOCIAL SECURITY,                    DEFENDANT.


This matter is before the Court upon Plaintiff's Motion for Extension of Time to File

Motion for Summary Judgment [Docket No. 10].

Plaintiff having filed his dispositive motion, **IT IS HEREBY ORDERED** that Plaintiff's

Motion for Extension of Time to File Motion for Summary Judgment [Docket No. 10] be

**OVERRULED** as **MOOT**.

This 26ᵗʰ day of May, 2016.


Signed By:
Henry R. Wilhoit, Jr.
United States District Judge

_____
Henry R. Wilhoit, Jr., Senior Judge